NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**EMBLAZE LTD.,**
*Plaintiff - Appellee*

v.

**APPLE INC.,**
*Defendant - Appellant*

14-1734, 15-1400

Appeal from the United States District Court for the Northern District of California in case no. 5:11-cv-01079-PSG United States Magistrate Judge Paul S. Grewal

**O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Northern District of California, San Jose, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective February 27, 2015.

FOR THE COURT

| | |
|---|---|
| February 27, 2015 | <u>/s/ Daniel E. O'Toole</u><br>Daniel E. O'Toole<br>Clerk of Court |

cc: Clerk's Office, United States District Court for the Northern District of California
James Joseph DeCarlo
Andrew Nemiroff