NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**EMBLAZE LTD.,**
*Plaintiff - Appellant*

v.

**APPLE INC.,**
*Defendant - Cross-Appellant*

14-1734

Appeal from the United States District Court for the Northern District of California in case no. 5:11-cv-01079-PSG, United States Magistrate Judge Paul S. Grewal.

ON MOTION

O R D E R

Upon consideration of the Cross-Appellant, Apple Inc., and Appellant, Emblaze Ltd. unopposed motion for an extension of time to file appellant's opening brief until May 28, 2015 and to modify party designations,

IT IS ORDERED THAT:

    The motion is granted. The official caption is reflected above.

                                  FOR THE COURT

April 2, 2015                  /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court