# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

2014-1734, 2015-1400, 2015-1557

EMBLAZE LTD.,

                  Plaintiff - Appellant,

v.

APPLE INC.,

                  Defendant - Cross-Appellant.

On Appeal from the United States District Court
for the Northern District of California
Case No. 5:11-cv-01079-PSG
Hon. Paul S. Grewal

**PLAINTIFF-APPELLANT EMBLAZE LTD.'S MOTION TO AMEND CAPTION**

        Martin B. Pavane
        Lisa A. Ferrari
        COZEN O'CONNOR
        277 Park Avenue
        New York, NY 10172
        (212) 883-4900

        *Attorneys for Plaintiff-Appellant Emblaze Ltd.*

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Emblaze Ltd.  v.  Apple Inc.

No. 14-1734; 15-1400; 15-1557

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) appellant, Emblaze Ltd., certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Emblaze Ltd., now named B.S.D. Crown Ltd.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

B.S.D. Crown Ltd.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

B.S.D. Crown identifies BGI Investments (1961) Ltd. ("BGI") as a publicly-held corporation owning 10% or more of B.S.D. Crown's stock. BGI is publicly traded on the Tel Aviv Stock Exchange.

4. ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Martin B. Pavane, Lisa A. Ferrari, Marilyn Neiman and Darren S. Mogil of Cozen O'Connor (and formerly of Cohen Pontani Lieberman & Pavane LLP); Andrew Nemiroff and Nathan Dooley of Cozen O'Connor; Mark Isola of Rehon & Roberts; Martin L. Fineman of Davis Wright Tremaine LLP.

April 24, 2015                                /s/Martin B. Pavane
Date                                          Signature of counsel
                                              Martin B. Pavane
                                              Printed name of counsel

Please Note: All questions must be answered
cc: Counsel of Record via the Court's ECF system

Three appeals, *i.e.*, Appeal No. 14-1734, Appeal No. 15-1400 and Appeal No. 15-1557, have been consolidated by the Court of Appeals for the Federal Circuit ("Federal Circuit"), and the parties have been informed by the Federal Circuit that Appeal No. 14-1734 has been designated as the lead appeal and that all filings must be made in Appeal No. 14-1734.

On April 22, 2015, Appellant Emblaze Ltd., now named B.S.D. Crown Ltd. ("Emblaze"), filed: (1) a Docketing Statement; (2) a Certificate of Interest; (3) an Entry of Appearance for Martin B. Pavane; and (4) an Entry of Appearance for Lisa A. Ferrari, all concerning the recently-filed Appeal No. 15-1557 (collectively, the "Filings").[1]  Later on April 22, 2015, all counsel of record in Appeal No. 14-1734 received notice from the Federal Circuit's ECF system that the Filings were rejected because they "do not list [a] party as reflected on [the] official caption," and that the "documents must be corrected or a motion must be filed."  Upon calling the Federal Circuit Clerk's Office on April 23, 2015, counsel for Emblaze was informed that the Filings were rejected because they state that Emblaze is "now named B.S.D. Crown Ltd.," and B.S.D. Crown Ltd. is not listed in the official caption.  Accordingly, Emblaze respectfully requests that the Federal

---

[1] As instructed by the Federal Circuit, these documents were filed in Appeal No. 14-1734.

Circuit amend the official caption to include "Emblaze Ltd. now named B.S.D. Crown Ltd."

Emblaze is aware that the Federal Circuit Practice Notes state that "[a]ny objection to the official caption should be made within 14 days of receipt [of the official caption]." Emblaze did not previously move to amend the caption because other papers filed in Appeal Nos. 14-1734 and 15-1400, though they stated that Emblaze is "now named B.S.D. Crown Ltd.," were not rejected by the Federal Circuit. Emblaze has made this motion promptly upon becoming aware that the caption should be amended.

Counsel for Emblaze has discussed this motion with counsel for appellee Apple. Counsel for Apple has informed Emblaze that Apple does not oppose this motion.

Accordingly, Emblaze respectfully requests that the Filings rejected on April 22, 2015, be deemed accepted, and that the official caption of Appeal Nos. 2014-1734, 2015-1400 and 2015-1557 be amended as follows:

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

2014-1734, 2015-1400, 2015-1557

EMBLAZE LTD., now named B.S.D. Crown Ltd.,

                Plaintiff - Appellant,

v.

APPLE INC.,

                Defendant - Cross-Appellant.

On Appeal from the United States District Court
for the Northern District of California
Case No. 5:11-cv-01079-PSG
Hon. Paul S. Grewal

                Respectfully submitted,

Dated: April 24, 2015        */s/ Martin B. Pavane*
                                    Martin B. Pavane
                                    Lisa A. Ferrari
                                    COZEN O'CONNOR
                                    277 Park Avenue
                                    New York, NY 10172
                                    (212) 883-4900

                                    *Attorneys for Plaintiff-Appellant*
                                    *Emblaze Ltd.*

# **CERTIFICATE OF SERVICE**

*Emblaze Ltd. v. Apple Inc.*, 2014-1734, 2015-1400, 2015-1557

I hereby certify that I electronically filed the foregoing **PLAINTIFF-APPELLANT EMBLAZE LTD.'S MOTION TO AMEND CAPTION** with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit and served it on counsel of record by using the appellate CM/ECF system on April 24, 2015.

Dated: April 24, 2015                              */s/ Martin B. Pavane*
                                                                    Martin B. Pavane